**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:                                                                              Case No. 18-25257-JKO
                                                                                    Chapter 13

**GIUSSEPPE G. REYES,**
**LARISSA REYES,**

### NOTICE OF WITHDRAWAL OF MOTION TO VACATE ORDER OF REFERRAL TO MORTGAGE MODIFICATION MEDIATION

**COMES NOW**, Caliber Home Loans, Inc, ("Creditor") by and through its undersigned attorney, files this Notice of Withdrawal of Motion to Vacate Order of Referral to Mortgage Modification Mediation (DE# 23), filed on or about January 24, 2019.

**I HEREBY CERTIFY**, that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Date:   2/5/2019                              /s/ Stefan Beuge, Esquire
                                              Stefan Beuge, Esq., Florida Bar No. 68234
                                              Phelan Hallinan Diamond & Jones, PLLC
                                              2001 NW 64th Street
                                              Suite 100
                                              Ft. Lauderdale, FL 33309
                                              Tel: 954-462-7000 Ext. 56588
                                              Fax: 954-462-7001
                                              Email: stefan.beuge@phelanhallinan.com
                                              FLSD.bankruptcy@phelanhallinan.com

PH # 94024

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing, and any applicable exhibits attached thereto, has been served electronically, or routed for service by U.S. Mail, to the following:

Giusseppe G. Reyes
9120 NW 18th Ct.
Pembroke Pines, FL 33024

Christian S Diaz
9370 SW 72nd St.
A110
Miami, FL 33173

Robin R Weiner (Trustee)
POB 559007
Fort Lauderdale, FL 33355

U.S. Trustee (Served Electronically)
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

Date:  2/5/2019
/s/ Stefan Beuge, Esquire
Stefan Beuge, Esq., Florida Bar No. 68234
Phelan Hallinan Diamond & Jones, PLLC
2001 NW 64th Street
Suite 100
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext. 56588
Fax: 954-462-7001
Email: stefan.beuge@phelanhallinan.com
FLSD.bankruptcy@phelanhallinan.com

PH # 94024